PETITIONS TO REHEAR

CHARLOTTE-MECKLENBURG HOSPITAL AUTH.

No. 21PA94

Case below: 340 N.C. 88

Petition by defendants to rehear pursuant to Rule 31 denied 1 June 1995.

POTTS v. TUTTEROW

No. 257A94

Case below: 340 N.C. 97

Petition by defendants to rehear pursuant to Rule 31 denied 1 June 1995.

MOTION FOR RECONSIDERATION

STATE v. SOLOMON

No. 233A93

Case below: 340 N.C. 212

Motion by defendant for temporary stay and reconsideration dismissed 25 May 1995.